Joseph M. Hammer, appellant, v. Rosalie Heinsohn, appellee. Gen. No. 32,669.

Opinion filed October 11, 1928. Rehearing denied October 23, 1928.

Benjamin Levering and Elmer H. Heitmann, for appellant. Sonnenschein, Berkson, Lautmann & Levinson, for appellee; Joseph A. Struett, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.